### HOWE'S HEIRS vs. BRENT.

APPEAL from the court of the fifth district.

Claims for the profes- sional servi- ces of an at- torney are barred by the lapse of three years since the services were render- ed.

MARTIN, J. delivered the opinion of the court. The defendant, sued for money had and received to the ancestor of the plaintiff's use, pleaded as a set-off, an account for profes- sional services, and money expended. There was judgment against him, and he appealed. His only complaint in this court, is that the judgment rejects an item of $500, in his ac- count. This sum was demanded as a com- pensation for his services, in procuring the di- vorce of the deceased. The plaintiffs did not deny the performance of these services, nor complain of the charge as an extravagant one; but opposed to it the statute of limitation: three years have elapsed since the divorce was

obtained, at the time the defendant received the first sum of money, to the use of their ancestor, now claimed.

Claims for the compensation of attorneys, are barred by the expiration of three years after the services rendered. *Morse* vs. *Brand*, vol. 2. In the present case, more than three years had elapsed, not only at the period of the service of citation, but at the time when the first item in the plaintiff's claim, rendered the defendant the debtor of their ancestor. The plea of the statute of limitations, was accordingly, properly sustained.

It is, therefore, ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*Isaac L. Baker & Joshua Baker*, for the plaintiffs, *Simon* for the defendant.